No. 04–982. SELLENS ET UX. *v.* GROTH ET AL. Ct. App. Kan. Certiorari denied.

No. 04–984. BRIARPATCH LTD., L. P., ET AL. *v.* PHOENIX PICTURES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–990. GENTHE *v.* QUEBECOR WORLD LINCOLN, INC. C. A. 8th Cir. Certiorari denied.

No. 04–993. HUNTINGTON RESTAURANTS GROUP, INC., ET AL. *v.* FRANCHISE HOLDING II, LLC. C. A. 9th Cir. Certiorari denied.

No. 04–999. VIRGINIA DEPARTMENT OF STATE POLICE *v.* WASHINGTON POST ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–1002. WILDER *v.* VILLAGE OF AMITYVILLE, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–1017. UNITED STATES EX REL. DINGLE ET AL. *v.* BIOPORT CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1051. POWERS *v.* LEIS, SHERIFF, HAMILTON COUNTY, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1076. DEYERBERG *v.* WOODWARD ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 04–1078. ROBINSON ET AL. *v.* TEXAS AUTOMOBILE DEALERS ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1082. MANN *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 04–1090. PRATT *v.* WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES. Ct. App. Wash. Certiorari denied.

No. 04–1097. BRAVEHEART *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.